IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| TODD OVERSTREET, | * | |
| Plaintiff, | * | |
| v. | * | CV 615-005 |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, d/b/a CIGNA GROUP INSURANCE, parent company to EQUICOR, INC., a successor company to THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, | * | |
| Defendant. | * | |

# O R D E R

Presently before the Court is the parties' stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 23.) Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. The Clerk shall **TERMINATE** all deadlines and motions, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of June, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA